IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

-FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2007 OCT 15 PM 4: 37
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:07CR-3119 |
| vs. | ) |
| DAVID E. WORTMAN, | ) ORDER RELEASING |
| | ) MATERIAL WITNESSES |
| Defendant. | ) |

Upon motion of the government, there being no objection by the Defendant, the U.S. Marshals Service is directed to release any of the following individuals still being held on a material witness warrant in the above-captioned case. Additionally, any of the following individuals previously released in this case on conditions are released from these conditions:

a. Vargas-Miranda, Arnulfo
b. Garcia-Villalta, Sergio
c. Vazquez-Renteria, Jose
d. Vargas-Gomez, Florentino
e. Cornejo Osorio, Gerardo
f. Castillo-Amaya, Jose
g. Vargas Gomez, Victor
h. Aro-Cardenas, Jorge
i. Rivera-Cuellar, Humberto
j. Gonzalez-Ortis, Jorge
k. Reyes Sanchez, Mario
l. Flores-Flores, Rodrigo
m. Coto-Rivas, Guillermo
n. Castaneda-Lugo, Fidel
o. Villa Estrada, Juan
P. Corona-Contreras, Jose
q. Ruiz Perez, Silviano
r. Santiago-Mendez, Antonio
s. Benitez-Reyes, Arnaldo

IT IS SO ORDERED.

Dated this 15th day of October, 2007.

BY THE COURT:

DAVID L. PIESTER
United States Magistrate Judge