IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID E. WORTMAN, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the sentencing hearing is rescheduled and shall commence at 12:15 p.m., on January 29, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for the hearing.

Dated November 13, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge