IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID E. WORTMAN, | ) | ORDER ON ORAL REQUEST TO |
| | ) | CONTINUE THE SENTENCING |
| Defendants. | ) | HEARING |
| | ) | |

IT IS ORDERED:

1. the joint oral request to continue the sentencing hearing for the defendant, David E. Wortman, is granted;

2. the sentencing hearing is continued to June 4, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated January 8, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge