IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID E. WORTMAN, | ) | ORDER ON MOTION FOR |
| | ) | CONTINUANCE OF SENTENCING DATE |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion for Continuance of Sentencing Date, filing 93, is granted;

2. the sentencing hearing is continued to September 15, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated May 22, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge