IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3119 |
| v. | ) | |
| DAVID E. WORTMAN, | ) | ORDER CONTINUING SENTENCING HEARING |
| Defendants. | ) | |

    Counsel agreed by telephone today that the sentencing of the defendant should take place later than September 15, 2008, to enable Mr. Wortman to complete a project that should complete his ability to make restitution.

    IT IS ORDERED that sentencing is continued to December 10, 2008, at 12:15 p.m.

    Dated September 10, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge