IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID E. WORTMAN, | ) | ORDER ON MOTION TO WITHDRAW |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Withdraw, filing 98, is granted and the Motion for Issuance of Preliminary Order of Forfeiture, filing 97, shall be deemed withdrawn.

Dated September 22, 2008.


BY THE COURT

s/  Warren K. Urbom
United States Senior District Judge